IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00404-CBS

ANDREA NOVELL,
    Plaintiff,
v.

CLEAN WITH INTEGRITY INC., d/b/a MAID FOR YOU,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) (filed March 25, 2014) (Doc. # 11).   The court has reviewed the Notice and the entire case file and is sufficiently advised in the premises.   Defendant has not filed an answer or a motion for summary judgment.   Under these circumstances, a voluntary dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.   *See Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968) ("Rule 41(a)(1) provides for a dismissal without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer.") (internal quotation marks and citation omitted).   *See also Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) ("The filing of a notice of dismissal pursuant to Rule 41(a)(1)[(A)](i) does not require an order of the court.") (citation omitted);   *Marex Titanic, Inc. v. The Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993) (stating voluntary dismissal is "self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required").   Accordingly,

    Plaintiff's Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) (filed March 25, 2014)

1

(Doc. # 11) is self-executing upon filing and the Clerk of the Court shall dismiss this civil action.

DATED at Denver, Colorado, this 26th day of March, 2014.

BY THE COURT:

    s/Craig B. Shaffer    
United States Magistrate Judge